William L. Ghiorso, OSB No. 902706
Ghiorso Law Office
494 State Street, Suite 300
Salem, Oregon 97302
Telephone: (503) 362-8966
Bill@ghiorsolawoffice.com
Attorney for Plaintiff

William D. Brandt, OSB No. 720366
William D. Brandt, P.C.
494 State Street, Suite 300 B
Salem, Oregon 97302
Telephone: (503) 485-4168
Bill@brandtlawoffices.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| DARLENE HERNANDEZ, Conservator for JOSE ANGEL RAFAEL HERNANDEZ II, | Case No. 3:15-cv-01070-AA |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL** |
| MARION COUNTY, a Political Subdivision of the State of Oregon, | |
| Defendant. | |

**JUDGMENT**

BASED UPON the settlement between the parties,

IT IS HEREBY ORDERED AND ADJUDGED that all claims and counterclaims in this matter are hereby dismissed with prejudice and without costs to either party.

Ordered this 1st day of May, 2018

_____
The Honorable Ann Aiken
United States District Judge

SUBMITTED BY:

s/ *William L. Ghiorso*
_____
William L. Ghiorso, OSB No. 902706
THE GHIORSO LAW OFFICE
494 State Street, Suite 300
Salem, Oregon 97301
Telephone: (503) 362-8966
Bill@Ghiorsolawoffice.com
Attorney for Plaintiff


s/ *William D. Brandt*
_____
William D. Brandt, OSB No. 720366
WILLIAM D. BRANDT, P.C.
494 State Street, Suite 300 B
Salem, Oregon 97301
Telephone: (503) 485-4168
Bill@brandtlawoffices.com
Attorney for Plaintiff